**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HANNAH'S BOUTIQUE, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 13-cv-02564 |
| BARBARA ANN SURDEJ, ROY SURDEJ and JEFFREY SURDEJ d/b/a PEACHES BOUTIQUE, | ) ) ) ) ) | The Honorable Amy St. Eve |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO APPROVE
PROCEDURE FOR DAUBERT HEARINGS**

Defendants Barbara Ann Surdej, Roy Surdej and Jeffrey Surdej d/b/a Peaches Boutique, (collectively, "Defendants"), by and though their attorneys, hereby move this Court to approve a proposal for how the *Daubert* hearings should proceed. In support of this motion, Defendants state:

1. Pursuant to this Court's order dated March 31, 2015, the *Daubert* hearings as to Defendants' expert, Dr. Kneuper, and Plaintiff's expert, Dr. Schafer, are to occur on May 19 and May 20, 2015. (Dkt. 266.)

2. The parties have reviewed this Court's standing order regarding *Daubert* hearings and have discussed the procedure for the *Daubert* hearings. They propose proceeding as follows.

3. <u>Hearing on Plaintiff's *Daubert* Motion</u>. On May 19, 2015, the parties will commence with the hearing on Plaintiff's *Daubert* motion directed to Dr. Kneuper, which will consist of:

- Direct examination of Dr. Kneuper, consisting of: (1) authenticating and tendering his initial report (Ex. 8 to Defendants' Rule 56.1 Statement of Facts), and (2) addressing criticisms raised in Plaintiff's *Daubert* motion.

- Cross-examination of Dr. Kneuper.

- Any additional examinations of Dr. Kneuper that the parties request and this Court permits.

4. <u>Hearing on Defendants' *Daubert* Motion</u>. As soon as the hearing on Plaintiff's *Daubert* motion has been completed, the hearing on Defendants' *Daubert* motion will begin, and likely continue into May 20, 2015. The hearing will consist of:

- Direct examination of Dr. Schafer, consisting of: (1) authenticating and tendering her expert report, and (2) addressing criticisms raised in Defendants' *Daubert* motion.

- Cross-examination of Dr. Schafer.

- Any additional examinations of Dr. Schafer that the parties request and this Court permits.

- Direct examination of Dr. Kneuper, by Defendants, regarding the opinions he expressed in his Supplemental Report criticizing Dr. Schafer's report.

- Cross-examination of Dr. Kneuper.

- Any additional examinations of Dr. Schafer or Dr. Kneuper that the parties request and this Court permits.

5. The parties also propose that at the conclusion of the first day, the Court advise them as to whether it would like to hear closing arguments. If it does, the parties request that the Court give them time limitations for those closing arguments.

WHEREFORE, Defendants respectfully request this Court approve the proposal for the *Daubert* hearing proceedings.

Respectfully submitted,

Dated: May 13, 2015 By: /s/ Ashley K. Martin

One of Its Attorneys
John W. Treece
Theodore R. Scarborough
Ashley K. Martin

2

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel. (312) 853-7000
Fax (312) 853-7063
Firm I.D. No. 42418

-and-

Eric D. Anderson
STAUB ANDERSON GREEN, LLC
55 West Monroe, Suite 1925
Chicago, Illinois 60603
Tel. (312) 345-0545
Fax (312) 345-0544
I.D. No. 6220092

*Attorneys for Defendants Barbara Ann Surdej, Roy Surdej, and Jeffrey Surdej, d/b/a Peaches Boutique*

## **CERTIFICATE OF SERVICE**

I, Ashley K. Martin, an attorney, hereby certify that on May 13, 2015, I electronically filed the foregoing Defendants' Motion to Approve Procedure for Daubert Hearings using the CM/ECF system, which will send notices to all counsel of record in this proceeding.

/s/ Ashley K. Martin
Ashley K. Martin