**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HANNAH'S BOUTIQUE, INC., an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 13-cv-02564 |
| | ) | |
| BARBARA ANN SURDEJ,  ROY SURDEJ and JEFFREY SURDEJ d/b/a PEACHES BOUTIQUE, | ) | Judge Amy St. Eve |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT REPORT**

The parties, through their respective counsel, hereby submit the following Joint Report in

accordance with Judge St. Eve's Standing Order on Challenges to the Admissibility of Expert

Testimony Under Rule 702 and *Daubert*:

**WITNESSES:**

Plaintiff's *Daubert* Motion: Dr. Robert Kneuper and Dr. Leslie Schafer (Plaintiff objects

to calling Dr. Schafer because neither her report nor deposition testimony was

used in support of Plaintiff's *Daubert* motion).

Defendants' *Daubert* Motion: Dr. Leslie Schafer and Dr. Robert Kneuper.

**EXHIBITS:**

**Plaintiff's *Daubert* Motion**

**Defendants' Exhibits:**

| Exhibit | Description |
|---|---|
| DX1 | Expert Report of Dr. Robert Kneuper, including tables, figures, charts, and exhibits, dated Oct. 8, 2014 ("Kneuper Rep.") |
| DX2 | Table 2 to Kneuper Rep. |

| DX3 | Table 3 to Kneuper Rep. |
|---|---|
| DX4 | Table 4 to Kneuper Rep. |
| DX5 | Ex. 3 to Kneuper Rep. |
| DX6 | Table showing Specialty Boutiques Selling Formal Non-Bridal Color Dresses and/or Prom Dresses by Geographic Proximity to Peaches' Brick-and-mortar Store Location |
| DX7 | Table 3: Peaches' In-Store Sales of Prom and Homecoming Dresses in the Chicago Market compared to High School Aged Girls Using Drs. Kneuper and Schafer's Numerators |
| DX8 | Table 4: Peaches' Share of Total Market Square Footage as of 2010 |
| DX9 | Graph of Peaches' In-Store Pricing History |
| DX10 | Peaches Sales Spreadsheet (electronic copy only) |
| DX11 | Peaches' Internet Sales Spreadsheets (electronic copy only) |
| DX12 | Deposition of R. Surdej, dated May 2, 2014 |
| DX13 | Deposition of R. Surdej, dated Dec. 12, 2014 |
| DX14 | Declaration of Roy Surdej, dated October 8, 2014 |
| DX14a | First Amended Complaint Any documents identified by plaintiff on its list of exhibits |

**Plaintiff's Exhibits:**

Exhibit        Description

DX1            Dr. Kneuper's October 8, 2014 Declaration and Expert Report and Exhibits 1 – 8

PX1            Dr. Kneuper's December 3, 2014 Deposition Transcript

PX2            Declaration of Sheri Simon

PX3            Declaration of Stephen Lang

PX4            Declaration of Wen Wu

PX5            Declaration of Marco Montenegro

PX6            Defendants' Answer to First Amended Complaint

DX10           Defendants' In-Store Sales Spreadsheet (PEACHES9383)

PX7             January 8, 2014 Food and Water Watch Letter (PEACHES9216-9232)

PX8             Hoovers' Reports (PEACHES9422–9747)

PX9             Defendants' December 6, 2012 email (PEACHES3461)

PX10            Peaches Boutique's Hoovers Report (accessed October 22, 2014) (Ex. 13 to Pl.'s *Daubert* Motion)

PX11            February 28, 2014 Hoover's Customer Support Email (PEACHES9238)

PX12            "Horizontal Merger Guidelines," U.S. Department of Justice and the Federal Trade Commission, August 19, 2010 (PEACHES8278-8314)

PX13            Dennis W. Carlton and Jeffrey M. Perloff, Modern Industrial Organization, 4th Ed., Boston: Pearson, Addison-Wesley, 2005  (PEACHES9279-9303)

PX14            *Market Power Handbook: Competition Law and Economic Foundations*, 2nd Ed., The American Bar Association, Section of Antitrust Law, 2012 (PEACHES9748-9767)

PX15            *Antitrust Law and Economics of Product Distribution*, Edited by Thomas J. Collin and Matthew B. Wright, Antitrust Section of the American Bar Association, 2006. (PEACHES8623-PEACHES9051)

PX16            Mary Coleman and James Langenfeld, "Natural Experiments," Issues in Competition Law and Policy, ABA Section of Antitrust Law, 2008. (PEACHES9340-9357)

PX17            Baker, J. and T. Bresnahan, "Economic Evidence in Antitrust: Defining Markets and Measuring Market Power," in P. Buccirossi, ed., Handbook of Antitrust Economics, 2008

PX18            Baker, J., "Market Definition: An Analytical Overview," *Antitrust Law Journal*, v.74, no.1, 2007

PX19            Kaplow, L., "Market Definition and the Merger Guidelines," Harvard Law School Discussion Paper No. 695 (May, 2011)

PX20            Phillip E. Areeda et al., Antitrust Law: An Analysis of Antitrust Principals and their  Application (4th Ed. 2014)

                Any exhibits listed on Defendants' exhibit list.

**Defendants' *Daubert* Motion**

**Plaintiff's Exhibits:**

Exhibit | Description
--- | ---
PX21 | Dr. Leslie Schafer's Expert Report dated January 21, 2015 and Exhibits 1 – 12
PX22 | Dr. Leslie Schafer's February 26, 2015 Deposition Transcript
PX23 | Barbara Surdej May 8, 2014 Deposition Transcript, pages 333-334
PX24 | Christy Kingsmill August 28, 2014 Deposition Transcript, page 24
PX25 | Stephen Lang January 9, 2015 Deposition Transcript, pages 81-82
PX26 | Illinois Area Code Map (Demonstrative)
PX27 | Indiana Area Code Map (Demonstrative)
PX28 | Declaration of George Biggs
PX29 | Declaration of Marla Biggs
PX30 | Declaration of Lamar Anderson
PX31 | Declaration of Ameira Matariyeh
PX8 | Hoover's Reports (PEACHES 9422-9747)
PX32 | Roy and Barb Surdej's Schedule C to their 2003-2013 federal tax returns for Peaches Boutique (PEACHES5456-5475, PEACHES5861-5862)
DX10 | Defendants' In-Store Sales Spreadsheet (PEACHES9383)
DX11 | Defendants' Internet Sales Spreadsheet (PEACHES9254)
PX33 | Defendants' Updated Internet Sales Spreadsheet (PEACHES10945)
PX34 | Economic literature:

      A. "Horizontal Merger Guidelines," U.S. Department of Justice and the Federal Trade Commission, August 19, 2010 (PEACHES8278-8314)

      B. ABA Monopolization and Dominance Handbook (2011)

C. *Market Power Handbook: Competition Law and Economic Foundations,* 2nd Ed., The American Bar Association, Section of Antitrust Law, 2012 (PEACHES9748-9767)

D. Jonathan B. Baker, "Exclusion as a Core Competition Concern." 78 Antitrust L.J. 527 (2013, Issue 3)

E. Edlin, A. and D. Rubinfeld, "Exclusion or Efficient Pricing: The 'Big Deal' Bundling of Academic Journals," *Antitrust Law Journal*, v.72, no.1, 2004

F. Baker, J., "Market Definition: An Analytical Overview," *Antitrust Law Journal*, v.74, no.1, 2007

G. Larner, R. and C. Nelson, "Market Definition in Cases Involving Branded and Generic Pharmaceuticals," *ABA Economics Committee Newsletter*, v.7, no. 2, Fall 2007

H. Dennis W. Carlton and Jeffrey M. Perloff, *Modern Industrial Organization*, 2th Ed., Boston: Pearson, Addison-Wesley, 1994

I. R. Preston McAfee, *Price Discrimination,* in 1 Issues in Competition Law and Policy 465 (ABA Section of Antitrust Law 2008)

J. Robert S. Pindyck and Daniel L. Rubinfeld, Microeconomics, 5th Ed., Upper Saddle River, N.J: Prentice Hall, 2001

K. Kaplow, L., "Market Definition: Impossible and Counterproductive," Antitrust Law Journal, Vol. 79, No. 1, 2013

L. Kaplow, L., "Market Definition and the Merger Guidelines," Harvard Law School Discussion Paper No. 695 (May, 2011)

M. Baker, J. and T. Bresnahan, "Economic Evidence in Antitrust: Defining Markets and Measuring Market Power," in P. Buccirossi, ed., Handbook of Antitrust Economics, 2008

N. Richards, Douglas J., "Is Market Definition Nexessary in Sherman Act Cases When Anticompetitive Effects Can Be Shown With Direct Evidence?," Antitrust, Vol. 26, No. 3, Summer 2012

O. Werden, Gregory J., "Market Delineation Under the Merger Guidelines: Monopoly Cases and Alternative Approaches," Review of Industrial Organization, Vol. 16

P.  Larner, R. and C. Nelson, "Market Definition in Cases Involving Branded and Generic Pharmaceuticals," ABA Economics Committee Newsletter, v.7, no. 2, Fall 2007

Q.  Mary Coleman and James Langenfeld, "Natural Experiments," Issues in Competition Law and Policy , ABA Section of Antitrust Law, 2008 (PEACHES9340-9357)

R.  Salop, Steven, "The First Principles Approach to Antitrust, Kodak, and Antitrust at the Millenium," Antitrust Law Journal, Vol. 68, 2000

S.  Thomas G. Krattenmaker and Steven C. Salop, "Anticompetitive Exclusion: Raising Rivals' Costs To Achieve Power over Price," 96 Yale L.J. 209, December, 1986 USA Today, April 12, 2012

T.  Steven C. Salop and David T. Scheffman, "Raising Rivals Costs," The American Economic Review, Vol. 73, No. 2, Papers and Proceedings of the Ninety-Fifth Annual Meeting of the American Economic Association (May, 1983)

U.  Phillip E. Areeda et al., Antitrust Law: An Analysis of Antitrust Principals and their  Application (4th Ed. 2014).

Any exhibits listed on Defendants' exhibit list.

**Defendants' Exhibits:**

| Exhibit | Description |
|---------|-------------|
| PX21 | Expert Report of Leslie Schafer, including tables, figures, charts, and exhibits dated January 21, 2015 ("Schafer Rep.") |
| DX15 | Ex. 3 to Schafer Rep. |
| DX 16 | Ex. 4 to Schafer Rep. |
| DX 17 | Ex. 5 to Schafer Rep. |
| DX 18 | Supplemental Expert Report of Robert Kneuper, including tables, figures, charts, and exhibits dated March 19, 2015 ("Supp. Rep.") |
| DX19 | Deposition of Leslie Schafer, dated Feb. 26, 2015 |
| DX20 | Fig. 1 to Supp. Rep. |
| DX21 | Fig. 2 to Supp. Rep. |
| DX22 | Fig. 3 to Supp. Rep. |
| DX23 | Fig. 4 to Supp. Rep |
| DX24 | Table 1 to Supp Rep. |

| | |
|---|---|
| DX25 | Table 2 to Supp. Rep. |
| DX26 | Table 3 to Supp. Rep |
| DX 27 | Ex. 10 to Supp. Report |
| DX28 | App. Table 1 to Supp. Rep. |
| DX29 | Expert Report of Dr. Robert Kneuper, dated Oct. 8, 2014 ("Kneuper Rep.") |
| DX 30 | Fig. 3 to Kneuper Rep. |
| DX31 | Table 1 to Kneuper Rep. |
| DX32 | Table 6 to Kneuper Rep. |
| DX33 | Ex. 3 to Kneuper Rep. |
| DX34 | Ex. 4 to Kneuper Rep. |
| DX35 | Table showing Specialty Boutiques Selling Formal Non-Bridal Color Dresses and/or Prom Dresses by Geographic Proximity to Peaches' Brick-and-mortar Store Location |
| DX36 | Exs. 6A-D to Kneuper Rep. |
| DX37 | Ex. 7 to Kneuper Rep. |
| DX38 | Slide quoting geographic market definition, from Schafer Rep. |
| DX39 | Slide quoting product definition, from Schafer Rep. |
| DX40 | Graph of Peaches' In-Store Pricing History |
| DX41 | Article from Chicago Tribune, "Prom Dresses Can Be 'Registers' So Same Outfit Isn't Seen at Same Soiree" (dated May 10, 2015) |
| DX42 | Deposition of M. Levin, dated Sept. 16, 2014 |
| DX43 | Deposition of S. Lang, dated Jan. 9, 2015 |
| DX44 | Deposition of H. Frangella, dated Sept. 15, 2014 |
| DX45 | Deposition of S. Simon, dated Jan. 8, 2015 |
| DX46 | Deposition of Barbara Surdej, dated May 8, 2014 |
| DX47 | Deposition of Jeffrey Surdej, dated April 23, 2014 |
| DX48 | Deposition of Roy Surdej, dated May 2, 2014 |
| DX49 | Deposition of Roy Surdej, dated December 12, 2014 |
| DX50 | Omitted |

| DX51 | Deposition of Robert Kneuper, dated December 3, 2014 |
|------|------|
| DX52 | Declaration of Stephen Lang, dated October 8, 2014 |
| DX53 | Declaration of Sheri Simon, dated October 8, 2014 |
| DX54 | Declaration of Wen Wu, dated October 8, 2014 |
| DX55 | Declaration of Marco Montenegro, dated October 6, 2014 |
| DX56 | Declaration of Roy Surdej, dated October 8, 2014 |
| DX57 | Ex. 31 to Amended Complaint |
| DX58 | Ancarani & Shankar, "Price Levels & Price Dispersion Within and Across Multiple Retailer Types: Further Evidence and Extension |
| DX59 | Matthew Lewis, "Price Dispersion & Competition with Differentiated Sellers," The Journal of Industrial Economics, Vol. LVI, no 3 (Sept. 2008) |
| DX60 | George Stigler, "The Economics of Information," The Journal of Political Economy, Vol. 69, No. 3 (June 1961) |
| DX61 | Levy and Weitz, Retailing Management, 8th Ed. (excerpts)<br><br>Any documents identified by Plaintiff on its list of exhibits |

Respectfully Submitted,

**HANNAH'S BOUTIQUE, INC.**

By: /s/ David J. Riski_____

Steven M. Laduzinsky (sladuzinsky@laduzinsky.com)
ARDC No. 6193407
David J. Riski (driski@laduzinsky.com)
ARDC No. 6272935
Conor Sickel (csickel@laduzinsky.com)
ARDC No. 6313993
Laduzinsky & Associates, P.C.
216 S. Jefferson St., Suite 301
Chicago, IL 60661
(312) 424-0700

**BARBARA ANN SURDEJ, ROY SURDEJ and JEFFREY SURDEJ d/b/a PEACHES BOUTIQUE**

By: /s/ Ashley K. Martin_____
  John W. Treece
  Theodore R. Scarborough
  Ashley K. Martin
  SIDLEY AUSTIN LLP
  One South Dearborn Street
  Chicago, Illinois 60603
  Tel. (312) 853-7000
  Fax (312) 853-7063

   and

  Eric D. Anderson
  STAUB ANDERSON GREEN, LLC
  55 West Monroe, Suite 1925
  Chicago, Illinois 60603
  Tel. (312) 345-0545
  Fax (312) 345-0544
  I.D. No. 6220092