## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Hannah's Boutique, Inc.

        Plaintiff,

v.                 Case No.: 1:13–cv–02564
                  Honorable Amy J. St. Eve

Barbara Ann Surdej, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2015:

  MINUTE entry before the Honorable Amy J. St. Eve: Defendants' motion to approve procedure for Daubert hearings [302] is granted in large part. The proposed procedures are approved other than paragraph 5. The Court will advise the parties regarding closing arguments at the appropriate time. Defendants' motion for leave to file oversized reply brief instanter [305] is granted. No appearance is required on the 5/18/15 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.